UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: | : | |
| Torian Brown | : | Case No. 16-16145 |
| Debtor | : | Chapter 13 |
| _____ | : | |
| Torian Brown      Movant | : | |
| Vs | : | loan #: 6543106085 |
| Wells Fargo Bank, N.A.      Debtor/respondent | : | |

### MOTION TO AVOID LIEN ON PRINCIPAL RESIDENCE
### PURSUANT TO U.S.C. §506

The Debtor, by undersigned counsel respectfully moves this Court pursuant to 11U.S.C.§506 and states as follows:

1. The Debtor filed this case on May 4, 2016 under chapter 13 of the United States Bankruptcy Code. Jurisdiction for this motion is pursuant to 28 U.S.C. §1334, 11 U.S.C. §506 and 11 U.S.C. §1322. The Debtor currently owns real property (fee simple) located at 5524 Auth Way #405 Suitland Maryland 20746 hereinafter referred to a "property". At the time of the filing of this Chapter 13 bankruptcy, the property has a market value of $175,866. Attached as an exhibit is debtor's online valuation.

2. The Respondent , Wells Fargo Bank, N.A. is the holder of a mortgage instrument in second position to the primary mortgage instrument. The primary mortgage instrument is secured by the "property" in the amount of $205,556 with Caliber Home Loans Inc. At the time of the filing of this matter, the movant's second position mortgage instrument is owed $59,070.94

3. The property is fully encumbered by the primary mortgage instrument held by Caliber Home Loans Inc. At the time of the filing of this matter, the first secured entity is due $205,556. Attached is a copy of the debtor's credit report.

4. The debtor asserts that the Respondent's second mortgage is wholly unsecured pursuant to 11 §USC §506. Pursuant to 11 USC §506 (a) & (d), the Respondent's recorded second lien must be avoided and withdrawn from land records.

WHEREFORE, the Debtor respectfully requests the Court as follows:

1. Enter an Order determining the Respondent lien pursuant to 11 USC §506 be classified as wholly unsecured;

2. Enter an Order that once determining the respondent's claim be fully unsecured, that the second lien be avoided and so recorded in land records;

3. Such other relief as deemed necessary.

By:    __/s/ Louis Fiechtner_____
Louis J. Fiechtner
8401 Corporate Drive, Suite 445
Landover, MD 20785
(301) 577-2324

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Motion to Determine Secured Status of Claim filed herein, was sent electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or mailed, postage pre-paid on September 20, 2016 and to all creditors and interested parties listed below including:

AES/LSL Trust,PO Box 61047,,,Harrisburg,PA,17106

AMCB PB 10,PO Box 37005,,,Baltimore,MD,21297

Caliber Home Loans Inc.,13801 Wireless Way,,,Oklahoma City,OK,73134

Camp Springs Service Goup,c/o Pickett & Oliverio,264 Merrimac Court,PO Box 590,Prince Frederick,MD,20678

CashNetUSA.Com,175 West Jackson #1000,,,Chicago,IL,60604

Comptroller of Treasury,301 W. Preston Street RM 409,,,Baltimore,MD,21201

GWU Hospital,PO Box 31001-0827,,,Pasadena,CA,91110

Internal Revenue Service,Centralized Insolvency Operation,Post Office Box 7346,,Philadelphia,PA,19101-7346

Mars Collection Agency,PO Box 9150,,,Paducah,KY,42002

Maryland MVA,Central Collection Unit 5th Fl,300 West Preston Street,,Baltimore,MD,21201

MMI,1375 Piccard Dr #210,,,Rockville,MD,20850

Navy Federal Credit Union,PO Box 3600,,,Merrifield,VA,22116

Navy Federal Credit Union,PO Box 3600,,,Merrifield,VA,22116

PEPCO,"701 Ninth Street, N.W.",,,Washington DC,,20068

Professional Account Management,633 W Wisconsin Ave,,,Milwaukee,WI,53203

SunTrust Bank,PO Box 85052,,,Richmond,VA,23285

Target National Bank,3701 Wayzata Blvd,,,Minneapolis,MN,55416

Town Center at Camp Springs HOA,7700 Old Branch Ave,,,Clinton,MD,20735

Transworld Systems Inc.,9525 Sweet Valley Drive,,,Cleveland,OH,44125

United Consumers,PO Box 4466,,,Woodbridge,VA,22192

US Department of Education,501 Bleeker Street,,,Utica,NY,13501

Wells Fargo Ed Fin Svc,301 E 58th Street N,,,Sioux Falls,SD,57104

Wells Fargo Home Equity,PO Box 31557,,,Billings,MT,59107

Wells Fargo Bank, N.A.
PO Box 10335
Des Moines IA 50306

John Gerard Stumpf (certified mail)
Chairman Wells Fargo Bank, N.A.
PO Box 63666
San Francisco, CA 94163

Wells Fargo Bank, N.A.
101 N PHILLIPS AVE
SIOUX FALLS, SD 57104

Wells Fargo Bank, N.A.
Resident agent:
CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET
SUITE 820
BALTIMORE, MD 21202

Chapter 13 Trustee

  /s/ **Louis J. Fiechtner**
Louis J. Fiechtner, 03160
8401 Corporate Drive, Suite 445
Landover, MD 20785
  (301) 577-2324