IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:   Torian Brown                *

            *   Case No:   16-16145

            *   Chapter   13

            *

    Debtor      *

## CHAPTER 13 PLAN

\_ \_   **Original Plan**  \_X\_   **Amended Plan**  \_\_   **Modified Plan**

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows (select only one):
   a.  $\_365\_\_\_\_ per month for a term of \_\_60\_\_ months. OR

   b.  $\_\_ \_\_\_\_\_per month for \_\_\_ \_\_\_month(s),
     $\_\_ _____per month for _____month(s),
     $_____per month for _____month(s), for a
     total term of _____ months. OR

2. From the payments received, the Trustee will make the disbursements in the order described below:

   a.  Allowed unsecured claims for domestic support obligations and trustee commissions.

   b.  Administrative claims under 11 U.S.C. §507(a)(2), including attorney's fee balance of $3625 per appendix F (unless allowed for a different amount by an order of court).

   c.  Claims payable under 11 U.S.C. § 1326(b)(3).  Specify the monthly payment: $ _____.

   d.  Other priority claims defined by 11 U.S.C. §507(a)(3)-(10).  The Debtor anticipates the following priority claims:  IRS (6164) Comptroller (5901)

   e.  Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:
     I.  Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as specified in 2.e.ii and 2.e.iii, below (designate the amount of the monthly

payment to be made by the Debtor prior to confirmation, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

| Claimant | Redacted Acct. No. | Monthly Payment |
|---|---|---|
| Caliber Home | | 1100 |

ii. Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of the monthly payment for arrears to be made under the plan):

| | Anticipated Arrears | Monthly Payment | No. of Mos. |
|---|---|---|---|
| Caliber Home | 2085 | 42 | 50 |
| Camp Springs Service | 1734 | 35 | 50 |

iii. The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

| Claimant | Amount | % Rate | Monthly Payment | No. of Mos.: |
|---|---|---|---|---|

iv. The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

v. The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

vi. If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

vii. In the event that the trustee is holding funds in excess of those needed to make the payments specified in the Plan for any month, the trustee may pay secured claims listed in paragraphs 2.e.ii and 2.e.iii in amounts larger than those specified in such paragraphs.

f. After payment of priority and secured claims, the balance of funds will be paid pro rata on allowed general, unsecured claims. (If there is more than one class of unsecured claims, describe each class.)

3. The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.): Wells Fargo

4. Payments made by the Chapter 13 trustee on account of arrearages on pre-petition secured claims may be applied only to the portion of the claim pertaining to pre-petition arrears, so that upon completion of all payments due under the Plan, the loan will be deemed current through the date of the filing of this case. For the purposes of the imposition of default interest and post- petition charges, the loan shall be deemed current as of the filing of this case.

5. Secured Creditors who are holding claims subject to cramdown will retain their liens until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable nonbankruptcy law.

6. The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated:

7. Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. §1328, or upon dismissal of the case, or upon closing of the case.

8. Non-standard Provisions:


__November 11, 2016_____                __/s/ Torian Brown_____
Date                                          Debtor



**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was sent electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or mailed, postage pre-paid on November 11, 2016 and to all creditors and interested parties listed below including:

AES/LSL Trust,PO Box 61047,,,Harrisburg,PA,17106

AMCB PB 10,PO Box 37005,,,Baltimore,MD,21297

Caliber Home Loans Inc.,13801 Wireless Way,,,Oklahoma City,OK,73134

Camp Springs Service Goup,c/o Pickett & Oliverio,264 Merrimac Court,PO Box 590,Prince Frederick,MD,20678

CashNetUSA.Com,175 West Jackson #1000,,,Chicago,IL,60604

Comptroller of Treasury,301 W. Preston Street RM 409,,,Baltimore,MD,21201

GWU Hospital,PO Box 31001-0827,,,Pasadena,CA,91110

Internal Revenue Service,Centralized Insolvency Operation,Post Office Box 7346,,Philadelphia,PA,19101-7346

Mars Collection Agency,PO Box 9150,,,Paducah,KY,42002

Maryland MVA,Central Collection Unit 5th Fl,300 West Preston Street,,Baltimore,MD,21201

MMI,1375 Piccard Dr #210,,,Rockville,MD,20850

Navy Federal Credit Union,PO Box 3600,,,Merrifield,VA,22116

Navy Federal Credit Union,PO Box 3600,,,Merrifield,VA,22116

PEPCO,"701 Ninth Street, N.W.",,,Washington DC,,20068

Professional Account Management,633 W Wisconsin Ave,,,Milwaukee,WI,53203

SunTrust Bank,PO Box 85052,,,Richmond,VA,23285

Target National Bank,3701 Wayzata Blvd,,,Minneapolis,MN,55416

Town Center at Camp Springs HOA,7700 Old Branch Ave,,,Clinton,MD,20735

Transworld Systems Inc.,9525 Sweet Valley Drive,,,Cleveland,OH,44125

United Consumers,PO Box 4466,,,Woodbridge,VA,22192

US Department of Education,501 Bleeker Street,,,Utica,NY,13501

Wells Fargo Ed Fin Svc,301 E 58th Street N,,,Sioux Falls,SD,57104

Wells Fargo Home Equity,PO Box 31557,,,Billings,MT,59107

Chapter 13 Trustee

   **/s/ Louis J. Fiechtner**
Louis J. Fiechtner, 03160

Case 16-16145    Doc 28    Filed 11/15/16    Page 5 of 5